UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                             CHAPTER 13
DANIEL M. MAHAN
ROXANNE A. MAHAN                         CASE NO. 08-73867

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     PHH Mortgage Corp.            **Court claim #: 1**

**Last four digits** of any number used to identify the debtor's account:

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $6,774.60 (Per Creditor Proof of Claim) |
| | +  395.00 (Per Allowed Cost of Collection) |
| Amount Paid by Trustee | $7,169.60 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐    Thru the Chapter 13 Plan          ☒     Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   11/7/2013                            /s/Lydia S. Meyer
                                                        Lydia S. Meyer, Trustee
                                                        308 W. State St., Suite 212
                                                        Rockford, IL  61101

Certificate of Service
     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 7th Day of November, 2013.

Dated:   11/7/2013                            /s/Cynthia K. Burnard

PHH MORTGAGE CORP SERVICE CENTER
4001 LEADENHALL ROAD
ATTN: MAILSTOP SV-01
MOUNT LAUREL, NJ 08054

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

PHH MORTGAGE SERVICE CENTER
1 MORTGAGE WAY
MT. LAUREL, NJ  08054

DANIEL M. MAHAN
ROXANNE A. MAHAN
1003 S. OTTAWA AVENUE
DIXON, IL  61021

MARVIN G. RIPLEY
ATTORNEY AT LAW
300 FIRST AVENUE, SUITE 200
ROCK FALLS, IL  61071